UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA S. GLICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHUKCHANSI FINANCIAL COMPANY, LLC., et. al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01074-DAD-HBK<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION<br><br>FOURTEEN-DAY DEADLINE<br><br>(Doc. No. 22) |

This matter comes before the Court upon periodic review of the file. On July 29, 2021, the Court entered an order granting Defendants' motion to dismiss and directing plaintiff to file an amended complaint within twenty-one days from service of the order. (Doc. No. 22). That time has expired, and plaintiff has not filed an amended complaint nor sought additional time.

Accordingly, it is **ORDERED**:

Within fourteen (14) days from receipt of this order, plaintiff shall show cause why this action should not be dismissed for failure to prosecute. Failure to timely respond to this order will result in the dismissal of this action without further notice.

Dated:　　September 1, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE